IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEAN DESROSES, #m02409,**

    **Plaintiff,**

v.                                    **CASE NO. 5:14-cv-118-RS-EMT**

**GALINA KATS-KAGAN, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 7) and Petitioner's Objections (Doc. 8). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Pursuant to 28 U.S.C. § 1915(g), the case is **DISMISSED without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.0 filing fee in its entirety.

3. All pending motions, including the amended motion to proceed in forma pauperis (Doc. 5), and the motion to supplement the complaint (Doc. 6) are **DENIED as moot**.

4. The Clerk is directed to close the file.

**ORDERED** on July 7, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**